# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RYAN HUML and MICHAEL HARTMAN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:07-CV-00282 |
| ABUELO'S INTERNATIONAL, L.P., and CHINESE KITCHEN, INC. GENERAL PARTNER, ) ) ) ) | |
| Defendants. ) | |

## AGREED ORDER IN RESOLUTION OF PLAINTIFF'S MOTION TO COMPEL DEPOSTION AND FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND FOR EXTENSION OF TIME TO FILE MOTIONS TO COMPEL

As evidenced by the signatures of counsel below, the parties have agreed that Plaintiff Ryan Huml's Motion To Compel Deposition And For Extension Of Time To Conduct Discovery And For Extension Of Time To File Motions To Compel (the "Motion") should be resolved as follows:

(1) The deadlines for completing fact discovery and filing motions to compel should be extended for sixty (60) days so that the new deadline for each is August 29, 2008;

(2) The Plaintiff shall be entitled to take the deposition of John Hurd via telephone on July 18, 2008;

(3) The parties shall take the depositions of the following individuals on August 14 and 15, 2008: Plaintiff Ryan Huml, Plaintiff Michael Hartman, and Cherie Teague; and

(4) The Plaintiff shall withdraw his claim for expenses and attorney's fees pursuant to Rule 37 of the Federal Rules of Civil Procedure.

The Court finding that the parties' agreement is well-taken, it is therefore ORDERED, ADJUDGED, and DECREED that the deadlines for completing fact discovery and filing motions to compel should be extended for sixty (60) days so that the new deadline for each is August 29, 2008.

It is further ORDERED, ADJUDGED, and DECREED that the Plaintiff shall be entitled to take the deposition of John Hurd via telephone on July 18, 2008.

It is further ORDERED, ADJUDGED, and DECREED the parties shall take the depositions of the following individuals on August 14 and 15, 2008: Plaintiff Ryan Huml, Plaintiff Michael Hartman, and Cherie Teague.

It is further ORDERED, ADJUDGED, and DECREED that the Plaintiff shall not be awarded expenses and attorney's fees pursuant to Rule 37 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this _____ day of _____, 2008.

                                             _____s/ H. Bruce Guyton_____
                                             United States Magistrate Judge

APPROVED FOR ENTRY:

| | |
|---|---|
| s/Chris Ralls w/permission | s/Edward C. Meade |
| Chris Ralls (BPR #006641) | Michael S. Kelley (#14378) |
| Chilhowee Professional Building | Edward C. Meade (#024598) |
| 2018 E. Lamar Alexander Parkway | BASS, BERRY & SIMS PLC |
| Maryville, TN 37804 | 900 S. Gay Street, Suite 1700 |
| Telephone (865) 977-6899 | Knoxville, TN 37902 |
| | Telephone: (865) 521-6200 |
| s/Damon Wooten w/permission | |
| Damon Wooten (BPR #023384) | Fernando M. Bustos |
| Chilhowee Professional Building | MCCLESKEY, HARRIGER, |
| 2018 E. Lamar Alexander Parkway | BRAZILL & GRAF, LLP |
| Maryville, TN 37804 | Post Office Box 6170 |
| Telephone (865) 977-6899 | Lubbock, TX 79493 |
| | Telephone (806) 780-3976 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically this 16th day of June, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Edward C. Meade

6848967.1